■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE B., Appellant. [998 NYS2d 302]—

Judgment, Supreme Court, Bronx County (Barbara F. Newman, J.), rendered April 4, 2011, convicting defendant, after a jury trial, of assault in the third degree, adjudicating him a youthful offender, and sentencing him to a term of 45 days, concurrent with three years' probation, unanimously affirmed.

The verdict was based on legally sufficient evidence. The evidence supports an inference that the victim's injuries were more than mere "petty slaps, shoves, kicks and the like" (*Matter of Philip A.*, 49 NY2d 198, 200 [1980]), and that they caused "more than slight or trivial pain" (*People v Chiddick*, 8 NY3d 445, 447 [2007]; *see also People v Guidice*, 83 NY2d 630, 636 [1994]). The victim was punched in the head and face, causing pain and swelling to his left eyebrow and right cheek, which took a week to subside, and required treatment with topical ointments (*see e.g. People v Mercado*, 94 AD3d 502 [1st Dept 2012], *lv denied* 19 NY3d 999 [2012]). Concur—Tom, J.P., Saxe, Feinman, Clark and Kapnick, JJ.